## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **ANTONIO BARRAGAN**                                    **CASE NO. 18-12591-JDW**
            **ERICA L. BARRAGAN**

### MOTION FOR STATUS CONFERENCE

Comes Now, Mechanics Bank ("Mechanics"), by and through counsel, in the above referenced matter, and files this Motion for Status Conference and in support thereof would show as follows, to-wit:

1. The Debtors filed their voluntary petition for relief pursuant to Chapter 13, Title 11 of the United States Code on July 3, 2018.

2. On or about December 31, 2019, the Debtors filed their Objection to Proof of Claim filed by Mechanics [DK#61]("Objection to Claim") and Mechanics filed its Response to same on January 17, 2019 [DK#69]("Response to Objection to Claim").

3. On or about February 21, 2019, the Debtors filed their Second Amended Chapter 13 Plan [DK#80]("Plan") to which Mechanics filed its Objection to Confirmation on April 18, 2019 [DK#89]("Objection to Confirmation") and the Debtors filed their Response on May 20, 2019 [DK#99].

4. The Objection to Claim and Objection to Confirmation came before the Court for hearing on June 25, 2019. Counsel for the Debtors and Mechanics agreed to submit cross-briefs within thirty (30) days of the hearing. Mechanics filed its brief on July 25, 2019 [DK#102], but the Debtors did not submit a brief.

5. On or about September 3, 2019, the Court entered its Memorandum Opinion and Order [DK#104]("Opinion and Order"), overruling the Debtors' Objection to Claim, sustaining Mechanics' Objection to Confirmation and further requiring the Debtors to file an Amended Plan

providing for the treatment of Mechanics' Claim #8-2 as fully secured within fourteen (14) days of entry of the Opinion and Order, or September 17, 2019.

6. To date, the Debtors have not filed an Amended Plan as required by this Court's Opinion and Order. As such, counsel for Mechanics respectfully requests the entry of an order or notice setting a status conference at the Court's earliest convenience so that the Debtors' counsel may provide the Court a briefing of the current status of filing of the Amended Plan consistent with this Court's Opinion and Order.

7. For other good and sufficient reasons to be assigned at a hearing regarding this matter.

WHEREFORE, Mechanics requests that a Status Conference be set in this matter. Mechanics prays for such other general and specific relief as this court may deem just.

RESPECTFULLY SUBMITTED, this the 20th day of November, 2019.

Respectfully submitted,

MECHANICS BANK

/s/ Rosamond H. Posey
D. ANDREW PHILLIPS (MSB #8509
ROSAMOND HAWKINS POSEY (MSB #101247)
MITCHELL, McNUTT & SAMS, P.A.
P.O. Box 947
Oxford, MS 38655-0947
(662) 234-4845

## CERTIFICATE OF SERVICE

I hereby certify that on the 20TH day of November, 2019, a copy of the foregoing **Motion** was served on the parties listed below via ECF:

Robert Gambrell, Esq.

Locke D. Barkley

U.S. Trustee

DATED, this the 20th day of November, 2019.

/s/ Rosamond H. Posey
Rosamond Hawkins Posey